Jack J. Maxwell, Plaintiff-Appellee, v. Oakley Franklin, Defendant-Appellant.

Gen. No. 10,321. 

Third District.

February 21, 1961.

William J. Bach, of Bloomington (William J. Bach and Keith E. Fry, of counsel) for appellant; Chester Thomson and John W. Biggers, of Bloomington, for appellee. Opinion by JUDGE CARROLL. Not to be published in full.